# Court of Appeals
# of the State of Georgia

ATLANTA,  June 23, 2017

*The Court of Appeals hereby passes the following order:*

## A17D0465.  CARLOS CLEMONS v. RICHARD ANDERSON et al.

Carlos Clemons has filed an application for discretionary review of the trial court's order dismissing his suit against certain individuals associated with Delta Airlines, including its former CEO and its Vice President of employee relations. The trial court dismissed the case on the grounds that Clemons's claims are barred by res judicata and that he had failed to state a cause of action.

In his application, Clemons does not indicate why he believes he was required to follow the discretionary appeal procedures.  A trial court's order dismissing a civil action is a final judgment within the meaning of OCGA § 5-6-34 (a) (1).  Further, based on the limited information included with the application materials, no provision of the discretionary appeal statue, OCGA § 5-6-35 (a), appears to apply to this case. The trial court's order, therefore, appears to be subject to direct appeal.

This Court will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j).  Accordingly, this application is hereby GRANTED.  Clemons shall have ten days from the date of this order to file a notice of appeal with the trial court.  If he has already filed a notice of appeal, he need not file a second notice.  The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,*   *06/23/2017*
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*